**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 31, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78490 | Antonio West vs. State of Missouri |
| WD78493 | In Re Phillip Jordan vs. State of Missouri |
| WD78593 | Troy Polson vs. Missouri Department of Probation and Parole |
| WD78903 | Thomas L. Reavis vs. Derek J. Tonks |
| WD78934 | Adrian Graham vs. State of Missouri |



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78445 | State of Missouri vs. Phillip Lamont Ransburg |
| WD78449 | State of Missouri vs. Derrick Stephen Day |